# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MONTGOMERY, ANN D. | U.S. DISTRICT COURT - MN | 05/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III JUDGE - ACTIVE | [ ] Nomination    Date<br>[ ] Initial  [✓] Annual  [ ] Final<br>5b. [ ] Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

13W U.S. COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

[✓] **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

[ ] **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Minnesota State (Judges) Retirement System |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D. | 05/1/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Minnesota State Retirement System | $9,954.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Arthur, Chapman, Kettering, Smetak & Pikala Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute/ American Bar Association | July 28 - 30, 2011 | Santa Fe, NM | ALI-ABA Current Developments in Employment Law Conf. | Transportation, lodging, meals |
| 2. | American Bar Association | November 2 - 5, 2011 | Seattle, WA | ABA 5th Annual Labor & Employment Law Conf. | Transportation, lodging |
| 3. | American Conference Institute | December 5 - 7, 2011 | New York, NY | ACI's 16th Annual Drug & Medical Device Litigation Conf. | Transportation, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D. | 05/1/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bancorp | A | Interest | J | T | | | | | |
| 2. Nortech System - Common Stock | A | Dividend | J | T | | | | | |
| 3. 1\4 Interest in farm land in Meeker County, MN | A | Rent | L | S | | | | | |
| 4. Trans America Annuity | | None | L | T | | | | | |
| 5. PIMCO Total Return - IMCO | B | Dividend | K | T | | | | | |
| 6. Prudential Natural Resources - Prudential | A | Dividend | K | T | | | | | |
| 7. Blackrock Global Allocation - Blackrock | A | Dividend | K | T | | | | | |
| 8. First Eagle Global Fund - First Eagle | A | Dividend | K | T | | | | | |
| 9. Ivy Asset Strategy - IVY | A | Dividend | K | T | | | | | |
| 10. Blackrock Global Allocation - IRA - Blackrock | A | Dividend | K | T | | | | | |
| 11. Prudential Natural Resources - IRA - Prudential | A | Dividend | K | T | | | | | |
| 12. Ivy Asset Stragegy - IRA - IVY | A | Dividend | K | T | | | | | |
| 13. First Eagle Global Fund - IRA - First Eagle | A | Dividend | K | T | | | | | |
| 14. PimcoTotal Return - IRA - PIMCO | B | Dividend | K | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D. | 05/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section II: I have a deferred pension benefit plan with the Minnesota State Judicial Retirement System. In past years, I have been reporting it consistently under Section VII rather than Section II. I elected to receive my deferred benefit monthly beginning in July 2011. I have now been advised it is more appropriately considered a Section II agreement so it is reported there and the amount received in Section III.

Section VII: No. 3 - Item 3 is real estate owned in common _____ The assessed tax value is approximately $80,000; the current value may actually be less than that but my share, in any event, would be less than $20,000.

| Name of Person Reporting | Date of Report |
|---|---|
| MONTGOMERY, ANN D. | 05/1/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANN D. MONTGOMERY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544